IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-3393-CV-S-GAF |
| EDWARD WOODS, | ) |
| Defendant. | ) |

## **ORDER**

In accordance with the report and recommendation of the United States Magistrate Judge,

IT IS HEREBY ORDERED that defendant be, and is hereby, conditionally released under the following conditions:

1. The defendant shall reside at 4833 Woodland Ave., Unit 1, West Des Moines, IA. He shall remain at said residence at the direction of the U.S. Probation Officer. Any change from this residence shall be approved by the U.S. Probation Officer in advance.

2. The defendant shall be supervised by U.S. Probation and follow all instructions given by the Supervising Probation Officer.

3. The defendant shall actively participate in, and cooperate with, a regimen of mental health care and psychiatric aftercare as directed by the U.S. Probation Officer and administered by the treating mental health provider. This is to include his voluntary admission on an inpatient basis for stabilization should it be deemed necessary. He shall follow all the rules, regulations, and instructions of the treatment staff and comply with the treatment regimen recommended.

4. The defendant shall continue to take such medication, including injectable units, as shall be prescribed for him by the medical provider.

5. The defendant shall waive his rights to confidentiality regarding his mental health treatment in order to allow sharing of information with the supervising U.S. Probation Officer and other mental health treatment providers, who will assist in evaluating his ongoing appropriateness for community placement.

6. The defendant shall refrain from the use of alcohol and illegal drugs, as well as the abuse of over-the-counter medications, and submit to random urinalysis testing as warranted by treating mental health staff and/or the probation officer. This also includes participating in substance abuse treatment as deemed necessary.

7. The defendant shall not have in his possession at any time actual or imitation firearms or other deadly weapons and he may not write, say or communicate threats. He shall submit to a warrantless search on request of his U.S. Probation Officer or any law enforcement officer of his person or property for the purpose of determining compliance with this provision and shall permit confiscation of any such contraband.

8. The defendant shall not commit a federal, state, or local crime, and he shall immediately notify his U.S. Probation Officer if he is arrested or questioned by any law enforcement officer. He shall not associate with any person convicted of a felony unless granted permission to do so from his U.S. Probation Officer.

9. The defendant shall be prohibited from operating, possessing, or purchasing a motor vehicle without written permission from his U.S. Probation Officer.

10. The defendant shall have no direct contact with Susan Woods, in person, or at her place of employment, either by telephone, mail, through a third-party, or by any other means.

**IT IS SO ORDERED.**

                                                                               s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: July 22, 2013